Lenna Pauline ANGELL, Respondent,

v.

Robert Lee ANGELL, Appellant.

No. WD 43333.

Missouri Court of Appeals,
Western District.

July 9, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 27, 1991.

Bruce B. Brown, Kearney, for appellant.

Wendell E. Koerner, Jr., St. Joseph, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from order of contempt and decree of dissolution of marriage.

Judgment affirmed. Rule 84.16(b).